**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-7058**

─────────────

CLIFTON WILLIAM BATTS,

　　　　　Plaintiff - Appellant,

　　　v.

RICHARD E. MYERS, II; SHERRI HORNER LAWRENCE; PETER A. MOORE,

　　　　　Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03011-FL)

─────────────

Submitted:  March 12, 2024　　　　　　　　　Decided:  March 14, 2024

─────────────

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Clifton William Batts, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton William Batts appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), as well as the court's order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Batts v. Myers*, No. 5:23-ct-03011-FL (E.D.N.C. Aug. 23, 2023; Oct. 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2